Civil Judgment (Rev. DC 03/10)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LORI ROBINSON

Plaintiff(s)

v.

ERGO SOLUTIONS, LLC

Defendant(s)

Civil Action No. 14-379 (JDB)

**FILED**

JAN 2 2 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable

John D. Bates, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

LORI ROBINSON

take nothing on the complaint against the defendant(s):

ERGO SOLUTIONS, LLC

and that the said defendant(s) have and recover costs from the said plaintiff(s).

ANGELA D. CAESAR, Clerk

Dated: 01/22/18

By: _____
Deputy Clerk